1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                       UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14 | WILLIAM HELM, DEBORAH PRISE,              ) No.  CV 08-01184 SI
15 | HEATHER P. RADY, et al., on behalf of     )
   | themselves and all other employees and former )
16 | employees similarly situated,             ) **[PROPOSED] ORDER PERMITTING
   |                                           ) WITHDRAWAL OF DEFENDANTS'
17 |              Plaintiffs,                  ) MOTIONS TO STAY AND DISMISS
   |                                           ) ACTION PENDING FURTHER
18 |        vs.                                ) PERSONAL JURISDICTION
   |                                           ) DISCOVERY**
19 | ALDERWOODS GROUP, INC., PAUL A.           )
   | HOUSTON, SERVICE CORPORATION              )
20 | INTERNATIONAL, SCI FUNERAL AND            )
21 | CEMETERY PURCHASING                       )
   | COOPERATIVE, INC., SCI EASTERN            )
22 | MARKET SUPPORT CENTER, L.P., SCI          )
   | WESTERN MARKET SUPPORT CENTER,            )
23 | L.P., a/k/a SCI WESTERN MARKET            )
24 | SUPPORT CENTER, INC., and SCI             )
   | HOUSTON MARKET SUPPORT CENTER,            )
25 | L.P.                                      )
   |                                           )
26 |              Defendants.                  )

27

28 **[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
   TO STAY AND DISMISS**                                                          1
   Case No.: CV 08-01184 SI

1  Pursuant to the Stipulation of counsel and good cause appearing, Defendants shall withdraw
2  their Motions to Stay and Motions to Dismiss (Docket Nos. 95, 99, 106 and 109), without
3  prejudice to re-file them at a later date to be determined by the Court pursuant to a schedule for
4  completion of personal jurisdiction discovery and for hearing Defendants Motions to Stay and
5  Dismiss, which will be established by the Court at the time of the March 20, 2009 hearing on
6  Plaintiffs' anticipated Motion to Compel. Plaintiffs shall not attempt to take the defaults of any of
7  the Defendants in this matter as a result of their withdrawal of the above-referenced Motion to Stay
8  and Motions to Dismiss.

**IT IS SO ORDERED.**

Dated:_____    _____
                                    Honorable Susan Illston
                                    United States District Court

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS                                                                 2
Case No.: CV 08-01184 SI