BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>                    Defendant. | Case No. CV 08-1184-SI<br><br>**STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**<br><br>  & C-09-1190 SI |

1

**STIPULATION**

2

3      Previously, Plaintiffs and Defendants agreed to, and the Court entered, a Stipulated

4   Protective Order Pursuant to Fed. R. Civ. P. 26(C). (*Bryant* Docket No. 112; *Helm* Docket No.

5   124). That Protective Order, *inter alia*, set out a procedure permitting parties to designate certain

6   discovery materials "CONFIDENTIAL." In response to discovery demands in this case,

7   Defendants have designated certain documents "CONFIDENTIAL" pursuant to the Protective

8   Order, and Plaintiffs have not currently challenged some of those designations.

9      Pursuant to Civil Local Rules 79-5 and 7-12, Plaintiffs and Defendants in these matters,

10  through their undersigned counsel, hereby stipulate that in responding to Defendants' pending

11  motions to dismiss, Plaintiffs may file under seal pursuant to the Protective Order the following

    documents, each of which has been designated "CONFIDENTIAL" by Defendants:

12        1.  SCI Cash Balance Plan, bates number SCI(BRY) 00196 - 00271

13        2.  "SCI 401(K) Retirement Savings Plan" Documents, bates number SCI(BRY) 00015 -

14            00195

15        3.  Employee Handbooks, bates number SCI(BRY) 00272 - 00410

16        4.  Flowcharts, bates number SCI(BRY) 00411 - 00414

17        5.  Written agreements executed by Curtis Briggs, bates number CBRIGGS 0009 – 0029

18        6.  Transcript of the deposition of Thomas Ryan taken on April 22, 2009

19        7.  Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Complaint

20            Pursuant to FRCP 12(b)(6) (Lack of *In Personam* Jurisdiction) or, Alternatively,

21            FRCP 12(b)(6) (Failure to State a Claim Upon Which Relief Can be Granted), which

22            describes    and    quotes    from    materials    Defendants    have    designated    as

              "CONFIDENTIAL"

23        8.  Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants'

24            Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require

25            a More Definite Statement and Motions for Stay and Award of Attorney Fees and

26            Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants

              have designated as "CONFIDENTIAL"

27

28        STIPULATION TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
                                    Case No. CV 08-1184

                                            -1-

1

2

**AGREED TO:**

3

4

/s/ Annette Gifford                                    /s/ Nicholas P. Forestiere

5

Thomas & Solomon LLP                       Gurnee & Daniels LLP

693 East Avenue                                    2240 Douglas Boulevard, Suite 150

6

Rochester, New York 14607               Roseville, California 95661

7

Telephone:  (585) 272-0540              Telephone:  (916) 797-3100

8

9

Attorneys for Plaintiffs                        Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

# ORDER

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

3

that, in responding to Defendants' pending motions to dismiss, Plaintiffs may file under seal

4

pursuant to the Protective Order the following documents, each of which has been designated

5

"CONFIDENTIAL" by Defendants:

6
 1. SCI Cash Balance Plan, bates number SCI(BRY) 00196 - 00271

7
 2. "SCI 401(K) Retirement Savings Plan" Documents, bates number SCI(BRY) 00015 -

8
    00195

9
 3. Employee Handbooks, bates number SCI(BRY) 00272 - 00410

 4. Flowcharts, bates number SCI(BRY) 00411 - 00414

10

11
 5. Written agreements executed by Curtis Briggs, bates number CBRIGGS 0009 – 0029

 6. Transcript of the deposition of Thomas Ryan taken on April 22, 2009

12

13
 7. Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Complaint

14
    Pursuant to FRCP 12(b)(6) (Lack of *In Personam* Jurisdiction) or, Alternatively,

    FRCP 12(b)(6) (Failure to State a Claim Upon Which Relief Can be Granted), which

15
    describes   and   quotes   from   materials   Defendants   have   designated   as

16
    "CONFIDENTIAL"

17
 8. Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants'

18
    Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require

19
    a More Definite Statement and Motions for Stay and Award of Attorney Fees and

20
    Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants

    have designated as "CONFIDENTIAL"

21

22

**IT IS SO ORDERED:**

23

24 

25

Honorable Susan Illston

United States District Court

26

27