1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,          ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of )
12 themselves and all other employees and former )
   employees similarly situated,         )
13                                       ) **[PROPOSED] ORDER CONTINUING**
                       Plaintiffs,       ) **HEARING ON RULE 23**
14                                       ) **CERTIFICATION MOTION**
   v.                                    )
15                                       )
   ALDERWOODS GROUP, INC.,               )
16                                       )
                       Defendant.        )
17                                       )
                                         )
18                                       )
                                         )
19 _____)

20    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22    1.    The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187),

23 previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
                                         1

   Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  _____

3  Honorable Susan Illston
   United States District Court

4

5  **AGREED TO:**

6  Dated: October 29, 2009

7

8

9  By: /s/ J. Nelson Thomas                    By: /s/ John A. Mason
      J. Nelson Thomas (*pro hac vice*)         Steven H. Gurnee
      Patrick J. Solomon (*pro hac vice*)       Nicholas P. Forestiere
10    Annette Gifford (*pro hac vice*)          John A. Mason
      THOMAS & SOLOMON LLP                      GURNEE & DANIELS LLP
11    693 East Avenue                           2240 Douglas Blvd, Suite 150
      Rochester, NY 14607                       Roseville, CA 95648
12    Telephone: 585-272-0540                   Telephone: 916-797-3100
      Facsimile: 585-272-0574                   Facsimile: 916-797-3131
13

14    Robert M. Bodzin, State Bar No. 201327    Counsel for Defendant
      BURNHAM BROWN
15    P.O. Box 119
      Oakland, CA 94604
16    Telephone: (510) 835-6833
      Facsimile: (510) 835-6666
17

18    Charles H. Saul (*pro hac vice*)
      Liberty J. Weyandt (*pro hac vice*
19    pending*)
      Kyle T. McGee (*pro hac vice*)
20    MARGOLIS EDELSTEIN
      525 William Penn Place
21    Suite 3300
      Pittsburgh, PA 15219
22    Telephone: 412-281-4256
      Facsimile: 412-642-2380
23

24    Counsel for Plaintiffs

25

26

27

28
   [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
   2

   Case No.: 3:08-CV-01184 SI